**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

CAITLIN O. McCREARY,

        Plaintiff,

    v.

PNC BANK, N.A.

        Defendants.

Case No.  2:26-cv-800-MRH

**DEFENDANT PNC BANK, N.A.'s MOTION TO EXTEND TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, PNC Bank, N.A. ("PNC"),  improperly pled as PNC Financial Services, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), moves this Court for an extension of time to answer, plead, or otherwise respond to the Amended Complaint filed by Plaintiff on June 2, 2026 and served on defense counsel via ECF on June 3, 2026. In support of this motion, PNC states as follows:

1. On April 16, 2026, Plaintiff filed a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania.

2. On May 6, 2026, PNC removed the case to the United States District Court for the District of New Jersey.  (DKT 1.)

3. On May 13, 2026, PNC moved to dismiss Plaintiff's Complaint for failure to state a claim in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure. (DKT 8.)

4. On June 2, 2026, Plaintiff filed an Amended Complaint (DKT 11). This Amended Complaint did not appear on the Docket, and therefore was not served on defense counsel, until June 3, 2026. (DKT 11.)

5. On June 4, 2024, the Court entered an order "dismissing without prejudice" PNC's Motion to Dismiss Plaintiff's Complaint. (DKT 12.)

6. On June 5, the Court entered a Text Order setting forth PNC's deadline to answer the Complaint as June 16, 2026, presumably in accordance with the filing date of June 2, 2026. However, PNC respectfully submits that it did not receive the Amended Complaint until it was docketed on June 3, so the proper deadline is June 17, 2026.

7. The Amended Complaint is 25 pages long and consists of 319 individually numbered paragraphs.

8. Due to the volume of Plaintiff's submission, PNC requires additional time to complete its review of the Amended Complaint and respond appropriately.

9. Accordingly, PNC respectfully requests an additional 14 days to answer, plead, or otherwise respond to the Amended Complaint.

10. This extension request is made in good faith and will not prejudice the parties or result in undue delay.

WHEREFORE, for the reasons stated above, PNC respectfully requests a 14-day extension of time, through and including July 1, 2026, to respond to the Amended Complaint.

Respectfully submitted,

PNC BANK, N.A.

By: *s/ Jacob Oslick*
Jacob Oslick (Pa. Attorney No. 311028)
Robert S. Whitman (*pro hac vice*
forthcoming)
Kathryn K. Forman (*pro hac vice*
forthcoming)
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rwhitman@seyfarth.com
joslick@seyfarth.com
kforman@seyfarth.com

Dated: June 12, 2026                 Counsel for Defendant, PNC Bank, N.A.

3

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

CAITLIN O. McCREARY,

      Plaintiff,

    v.

PNC BANK, N.A.

      Defendants.

Case No. 2:26-cv-800

 

**I HEREBY CERTIFY** that true and correct copies of PNC's MOTION TO EXTEND TIME TO ANSWER were filed via ECF and served upon the Plaintiff, *pro se*, on this 12th day of June 2026 via Federal Express, addressed as follows:

Caitlin O. McCreary
401 W. Commons Dr., Apt. 208
Pittsburgh, PA 15212

Respectfully submitted,

SEYFARTH SHAW, LLP

By: *s/ Jacob Oslick*
Jacob Oslick (Pa. Attorney No. 311028)
Robert S. Whitman (*pro hac vice* forthcoming)
Kathryn K. Forman (*pro hac vice* forthcoming)
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rwhitman@seyfarth.com
joslick@seyfarth.com
kforman@seyfarth.com

Counsel for Defendant, PNC Bank, N.A.

Dated: June 12, 2026

4

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

CAITLIN O. McCREARY,

        Plaintiff,

        v.

PNC BANK, N.A.

        Defendants.

Case No. 2:26-cv-800

## ORDER

Upon consideration of the Defendant PNC's Motion For Extension Of Time To Respond To Defendant PNC's Crossclaim, it is on this \_\_\_\_\_ day of June, 2026,

ORDERED, that the motion is GRANTED; and it is further

ORDERED that Defendant PNC Bank, N.A. shall respond to Plaintiff's Amended Complaint by July 1, 2026.

SO ORDERED this \_\_\_\_\_ day of June 2026.

                    _____

                    Mark R. Hornak
                    United States District Judge

5